IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-33-D

| | |
|---|---|
| ONSLOW COUNTY, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) ORDER<br>) |
| VQ JACKSONVILLE, LLC, at al. | )<br>) |
| Defendants. | )<br>)<br>) |

Upon motion by the United States of America to intervene in this action as a matter of right pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure, and for good cause shown, the Court finds that the United States claims an interest relating to the property that is the subject of this action, and is so situated that disposing of the action may as a practical matter impair or impede the government's ability to protect its interest, and therefore ALLOWS the United States' motion to intervene.

SO ORDERED, this 14 day of April, 2020.

JAMES C. DEVER III
United States District Judge