IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CV-00033-D

| | |
|---|---|
| ONSLOW COUNTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER ALLOWING STAY** |
| ) | **OF CIVIL PROCEEDINGS** |
| VQ JACKSONVILLE, LLC, at al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

On motion of the Government, and for good cause shown, it is hereby

ORDERED that this case shall be stayed for a period of at least 60 days, up to and including May 18, 2020.

SO ORDERED this 14 day of April, 2020.

_____
JAMES C. DEVER III
United States District Judge